FILED IN CHAMBERS
U.S.D.C. - Atlanta
DEC 07 2018
James N. Hatten, Clerk
By: [signature] Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

VICTOR WARREN PROPERTIES, INC., :
    Plaintiff :
                               : CIVIL ACTION FILE NO.
v.                              : 1:18-CV-4060-ODE-LTW
MIKKI R. HAYNES-MANNING, :
    Defendant :

## ORDER

This civil case is before the Court on the Final Report and Recommendation of United States Magistrate Judge Linda T. Walker filed October 26, 2018 [Doc. 3] ("R&R"). No objections have been filed.

In the R&R, Judge Walker recommends that this case be remanded to the Magistrate Court of DeKalb County. Remand is warranted because Defendant Haynes-Manning has failed to demonstrate any lawful basis for removal of this action to this Court.

The Court having read and considered the R&R and noting the absence of any objections thereto, it is hereby ADOPTED as the opinion and order of the Court. Accordingly, this case is REMANDED to the Magistrate Court of DeKalb County, Georgia.

SO ORDERED, this __6__ day of December, 2018.

                                                          [signature]
                                                          ORINDA D. EVANS
                                                          UNITED STATES DISTRICT JUDGE